# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Cleven J. Moorer,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 3:21CV874- MCR-HTC
*(To be filled in by the Clerk's Office)*

**v.**

Queen Elezebith,
Porlament av The Vadican.

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)* Ques Elezebith + 1
aover

**Jury Trial Requested?**
☐ YES  ☐ NO

FILED USDC FLND PN
JUN 28 '21 PM3:27

## I. PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

1.  Plaintiff's Name: _Clever Joseph Mooney_

Address: _179 Boston Street_

_Salem Massachusetts    01970_

City, State, and Zip Code: _01970_

Telephone: _None_ (Home) _✓_ (Cell)

2.  Plaintiff's Name: _____

Address: _____

_____

City, State, and Zip Code: _____

Telephone: _____ (Home) _____ (Cell)

*(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B.  Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.  For individual Defendants, identify the person's official position or job title, and mailing address.  Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: _Queen Elezebitt,_

   Official Position: _Queen of England + America_

   Employed at: _Buckey-Han Palace_

   Mailing Address: _unknown_

   ☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

2. Defendant's Name: _The Parlament_ .

   Official Position: _The Parlament_

   Employed at: _England extendy into America_

   Mailing Address: _unknown    Plus the Vadican_

   _extendy into America Also_

   ☑ Sued in Individual Capacity        ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the

"deprivation of any rights, privileges, or immunities secured by the

Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents*

*of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal

officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

No Social Security Payment, for may years, then only one Check, instead of three. The White House People was responsible for, my Social Security and I never got Payed in Full, I reference to The Vatican, I am Baptized, a Confirmed Catholic College Catholic, St Petes School had Plus I attended record medical condition and College, Elezelatth Seton Plus No 3 Social Security Checks on 1, other was Lot improper medical Treatment in Life

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

**Factual Allegations, Continued** *(Page ___ of ___ )*

Reading - heal's

I held the front of the City at war in New York for 3 years air mass for 4 to 5

I was the Pro Se Lawer in case # 222, at Pensacola Florida Federal Court House, I won the Law Suit, this # 222 Law Suit Shows some of the Damage, Done to me, While these Defendents niglected My medical condition. These Defendents are Responsable People "I am working Suicide mision Still, this is my 32ⁿ year or 33ᴿᴰ. I am preaccupyed, and these Defendents, can help, put the proper amount of Money and Valuables, from them to me, my Name! There are Two extention Federal court Lawsuits, in court Now, Conecting All Three cases Will make clear this Picture of What Happend?

Cleveland Moorer Vs, Kenneth Afial case # 398-222 BV/mᛤ/mᛤ

This is one case, Cleven Moorer Vs Roger Vinson case # 321scv 0054-

also Federal Court Judge Miles Davis who was acting out, Deador gone. 321cv 00583 MCR-HTC

-TKW-EMT two judge views

IV. **STATEMENT OF CLAIMS**

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

My Social Security Right,
My Right not to Live Dangerously
I was forced into Dangerous Living, Because of
Social Security Theft, which I Proved in #222
My life has Been in Suicid Mission for 33 years Now, I
am still hanging in there, on Suicide Mission,
If the Catholic Vadican was medically
corrected.

V. **RELIEF REQUESTED**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I want Money, plus real Estate,
gold, Diamonds, rubys, and all things, that I can get
that are of Value, so o, All things of Value, is what
I want for All I went through!

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

The Court Can figure eleven moon
out the amount of law suit

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _Jan 23 2021_ Plaintiff's Signature: _Cleven Moorer_

Printed Name of Plaintiff: _Cleven Moorer_

Address: _179 Boston Street, Salem, Massachusetts_

_zip code 01970_

E-Mail Address: _None_

Telephone Number: _____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

