UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLEVEN MOORER,

   Plaintiff,

v.                                CASE NO. 3:21cv874-MCR-HTC

QUEEN ELIZABETH, et al.,

   Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 16, 2021. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED as frivolous.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of October 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv874-MCR-HTC